**Douglas Lee HUSKETH,**
**Plaintiff–Appellant,**

v.

**Theodis BECK, Defendant–Appellee.**

**No. 02–7552.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 24, 2003.

Douglas Lee Husketh, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Douglas Lee Husketh appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion to void that judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See* *Husketh v. Beck,* No. CA–02–465–5–H (E.D.N.C. filed Aug. 26, 2002, entered Aug. 27, 2002; Sept. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*